NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STANLEY PRZYBYLSKI,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7190

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0145 Judge Mary J. Schoelen.

---

**ON MOTION**

---

**ORDER**

Stanley Przybylski moves out of time for a 14-day extension of time to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Przybylski's brief is due within 14 days of the date of filing of this order.

FOR THE COURT

**OCT 1 7 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Stanley Przybylski
Renee Gerber, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 7 2011

JAN HORBALY
- CLERK